**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KEITH LEWIS, Individually, and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-08-881-M |
| The GEO GROUP, INC., A Florida Corporation, | ) ) ) | |
| Defendant. | ) | |

## ORDER

On September 25, 2008, "Defendant's Motion to Dismiss and/or Strike Plaintiff's Rule 23 State Law Class Allegations and Supporting Memorandum of Law" [docket no. 20] was filed. On November 10, 2008, however, plaintiff filed his "First Amended Complaint" [docket no. 29]. In light of the foregoing, the Court DENIES as MOOT the motion to dismiss.

Further, the Court, for identical reasons, DENIES as MOOT the following motions: "Plaintiff's Motion for Leave to File Supplemental Brief" [docket no. 32], "Motion to Strike and Objection to Plaintiff's Motion for Leave to File Supplemental Brief by Defendant the Geo Group, Inc." [docket no. 33], and "Plaintiff's Amended Motion for Leave to File Supplemental Brief" [docket no. 36].

**IT IS SO ORDERED this 20th day of February, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE