UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

KEITH LEWIS, Individually, and on behalf of others similarly situated, )
)
)
v. ) CASE NO.    CIV-08-881-M
)
THE GEO GROUP, INC., )
)
)
)

## ORDER STRIKING PLEADING(S)

The clerk has received your filed document number __75__; however, it is deficient in the area(s) checked below:

1. _____ Depositions, interrogatories, requests for documents, requests for admissions, and answers and responses thereto shall not be filed with the court except as outlined in LCvR 5.6.

2. _____ The document is unsigned or improperly signed. [Rule 11, Federal Rules of Civil Procedure, and Electronic Case Filing Policies & Procedures Manual]

3. _____ Attorney's full name, mailing address, email address, telephone and fax number are not shown on pleading. [Electronic Case Filing Policies & Procedures Manual]

4. _____ Copy of pleading(s) is not supplied for the court. [Electronic Case Filing Policies & Procedures Manual.]

5. _____ Pleading(s) is not on letter size paper (8 1/2" x 11"). [LCvR 5.2]

6. _____ No certificate of mailing submitted. [Rule 5, Federal Rules of Civil Procedure]

7. _____ Briefs exceeding 15 pages in length shall be accompanied by an indexed Table of Contents. Briefs exceeding 25 pages in length are not permitted without written consent of the Court. [LCvR 7.2]

8. _____ Any motion or application not required to be accompanied by a brief, **MUST** be accompanied by a proposed order. [LCvR 7.2 and Electronic Case Filing Policies & Procedures Manual]

9. _____ Pleading not accompanied by required brief. [LCvR 7.2]

10. _____ Parties not numbered on complaint. [LCvR 3.1]

11. _____ Pleading not bound at top of page with metal prongs. [LCvR 5.2]

12. _____ Submitted conventionally, not electronically.

13. __X__ Other: Document filed prior to Order being entered which granted plaintiff's motion for extension of time.

Therefore, it is the order of this Court that said pleading be and the same is hereby stricken from the record, and it is of no legal consequence. If the pleading is refiled, the above recited deficiencies must be corrected, and the corrected pleading must be refiled in compliance with the Federal Rules of Civil Procedure, Local Court Rules, and Electronic Case Filing Policies & Procedures Manual.

If you do not have a copy of the Local Court Rules, please contact our office and we will gladly forward a copy to you.

DATED: __03/17/2009__

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE