**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KEITH LEWIS,                             )<br>Individually, and on behalf of others   )<br>similarly situated,                      )<br>                                          )<br>           Plaintiff,                    )<br>v.                                        )<br>                                          )<br>The GEO Group, Inc.                      )<br>a Florida corporation;                   )<br>                                          )<br>           Defendant.                    )  | Case No. CIV-08-881-M |

## ORDER

Before the Court is the Stipulation Regarding Withdrawal of Consents to Sue, Filing of Plaintiffs' Second Amended Complaint, Withdrawal of Pending Motions pertaining to the Second Amended Complaint and Related Matters (Docket 97).

The stipulation concerning withdrawal of Consents to Sue filed herein by Heather D. Dodson (Docket 34-Ex. 5), Rose M. Luck (Docket 34-Ex. 4), Dona Treonne Monetathchi (Docket 34-Ex. 3), John Jackson (Docket 34-Ex. 2), Roger Kiefer (Docket 38-Ex. 1), Emily Knighton (Docket 39-Ex. 1), Eric Knighton (Docket 39-Ex. 2), Joe D. Ussery, Jr. (Docket 40-Ex. 1), Christina Giese (Docket 41-Ex. 1), Jeremiah Giese (Docket 41-Ex. 2), Joseph Osornio (Docket 42-Ex. 2), Ignacio Cano (Docket 44-Ex. 1), David Keeling (Docket 46-Ex. 1), Idalia Ugalde (Docket 46-Ex. 2), Alfred C. Porche, III (Docket 49-Ex. 1), Richard Menefee (Docket 70-Ex. 1 and Docket 80-Ex. 1), and

Angulette Peterson (Docket 56-Ex. 1) is approved, and these consents are hereby deemed withdrawn without prejudice.

The stipulation concerning filing of Plaintiff's Second Amended Complaint is approved and the Second Amended Complaint (Docket 97-Ex.1) is deemed filed of record.

The stipulation concerning Defendant's Motion for Reconsideration or Clarification of the Court's February 20, 2009 Order (Docket 61), Defendant's Motion to Dismiss and/or Strike (Docket 62), and Plaintiff's Motion for Leave to file Second Amended Complaint (Docket 68) is approved and these motions are denied as moot.

IT IS SO ORDERED this 20th day of April, 2009.

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE