**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

Date:   May 28, 2009

| | |
|---|---|
| KEITH LEWIS, et al., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-08-881-M |
| | ) |
| THE GEO GROUP, INC., | ) |
| | ) |
|     Defendant. | ) |

**ENTER ORDER:**

Pursuant to the Birfurcated Scheduled Order entered on May 20, 2009 [doc. no. 108], the deadlines as set out in the Scheduling Order entered on February 3, 2009 are hereby stricken.

**By direction of Judge Vicki Miles-LaGrange, we have entered the above enter order.**

Robert D. Dennis, Clerk

By:   s/*Kathy Spaulding*
Deputy Clerk

xc:     all parties