**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

KEITH LEWIS, et al., )
)
Plaintiffs, )
)
vs. ) Case No. CIV-08-881-M
)
THE GEO GROUP, INC., )
)
Defendant. )

**ORDER**

Before the Court is Plaintiffs' Motion to Clarify, or, in the Alternative, Motion to Respond to Supplement Filed by Defendant [docket no. 141], filed October 28, 2009. On October 29, 2009, defendant filed its response. Based upon the parties' submissions, the Court makes its determination.

On October 26, 2009, the Court heard oral arguments on plaintiffs' motions for conditional certification in the instant matter. At the hearing, defendant presented a powerpoint slide presentation to the Court. At the conclusion of the hearing, defendant moved to supplement the record with a copy of its powerpoint slide presentation, and because plaintiffs "[didn't] really have a strong objection" and "defer[red] to the Court," the Court granted defendant's oral motion. Response, Exhibit 1, at 1-2. The Court hereby clarifies, pursuant to its earlier ruling, that defendant is allowed to supplement the record with its powerpoint slide presentation.

As the Court has clarified its ruling and declines to strike defendant's submission from the record, plaintiffs move, in the alternative, for leave to file a written supplement. Because plaintiffs also offered a demonstrative exhibit during oral arguments, the Court GRANTS plaintiffs leave to file a written supplement consisting of its handouts.

**IT IS SO ORDERED this 9th day ofNovember, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE