## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEITH LEWIS, et al., | ) |
| | ) |
|               Plaintiffs, | ) |
| | ) |
| vs. | )   Case No. CIV-08-881-M |
| | ) |
| THE GEO GROUP, | ) |
| | ) |
|               Defendant. | ) |

### **MINUTE ORDER**

      On November 18, 2009, defendant filed its Emergency Motion for Stay of Order Granting Plaintiffs' Motions for Conditional Certification [docket no. 148]. The Court hereby SHORTENS the response to the above-referenced motion as follows: plaintiffs are DIRECTED to file their response, if any, by Monday, November 23, 2009 at 10:00 a.m. Furthermore, the Court ORDERS that no reply shall be filed to the instant motion.

      **IT IS SO ORDERED this 18th day of November, 2009.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE