IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

KEITH LEWIS, JAMES EARL BROWN, )
and AMBER MORENO-MONROE )
Individually, and on behalf of others )
similarly situated, )
)
  Plaintiffs, ) Case No. CIV-08-881-M
)
v. )
)
The GEO Group, Inc., )
a Florida corporation, )
)
  Defendant. )

## ORDER

On this date, the Court considered Plaintiffs' Motion to Clarify and Modify the Conditional Certification Order (docket no. 151). The Court, having considered the same, clarifies and modifies its November 9, 2009, Order (docket no. 143) as follows:

1) The Court conditionally certifies collective actions as to three classes, respectively, Exempt Instructors, Exempt Lieutenants, and Case Managers;

2) Defendant GEO is ordered to provide in three separate class lists, the names, last known address, telephone number, facility worked at, and time period worked for each individual that was employed by

GEO at anytime between November 9, 2006, and the present, in a searchable electronic form;

3) Defendant GEO is ordered to provide the complete Social Security numbers within three (3) days of Plaintiffs' request in order to locate a current address for those individuals whose notices were returned as undeliverable;

4) The Court approves the notice and consent forms attached as Exhibits 1 and 2 to Plaintiffs' Motion to Clarify and Modify Conditional Certification Order;

5) The Court directs that the notice period shall expire sixty (60) days from the date GEO produces the data, on which date all consent forms must be postmarked to be considered timely.

Dated:   January 15, 2010.

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE