IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KEITH LEWIS, JAMES EARL BROWN, and AMBER MORENO-MONROE Individually, and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 5:08-cv-00881-M |
| v. | ) ) | |
| The GEO Group, Inc. a Florida corporation; | ) ) ) | |
| Defendant. | ) | |

## ORDER

On this date, the Court considered Plaintiffs' Motion to Withdraw Consents to Sue under the F.L.S.A. (Doc. No. 208). The Court hereby GRANTS the motion and deems the Consents to Sue under the F.L.S.A. of the following individuals withdrawn without prejudice:

| Name | Date Filed | Docket Number |
|---|---|---|
| Anna Bates | 02/08/2010 | Docket No. 169 |
| Michelle Barnhart | 02/08/2010 | Docket No. 169 |
| Antoinette Brown | 03/01/2010 | Docket No. 185 |
| William Carrillo | 02/05/2010 | Docket No. 168 |
| Pamela Carroll | 02/19/2010 | Docket No. 179 |
| Christina Compton | 02/19/2010 | Docket No. 179 |
| Harlyn Fontenot | 02/10/2010 | Docket No. 171 |
| William Gallagher | 03/22/2010 | Docket No. 198 |
| Charles Golden | 02/04/2010 | Docket No. 167 |
| Yolanda Gonzalez | 03/10/2010 | Docket No. 190 |
| Sheldon Henry | 02/08/2010 | Docket No. 169 |
| James Kirklin | 02/25/2010 | Docket No. 183 |
| David Kreutzer | 03/22/2010 | Docket No. 198 |

| Name | Date Filed | Docket Number |
|---|---|---|
| Richard Mack | 03/25/2010 | Docket No. 200 |
| Vanessa Madrid | 02/08/2010 | Docket No. 169 |
| Charles McArthur | 03/15/2010 | Docket No. 193 |
| Larry McClain | 03/01/2010 | Docket No. 185 |
| Princess McSwyne | 02/18/2010 | Docket No. 178 |
| Robert Payne | 02/05/2010 | Docket No. 168 |
| Christine Rodriguez | 03/08/2010 | Docket No. 189 |
| Albert Villanueva | 02/05/2010 | Docket No. 168 |
| Larry Watson | 09/03/2009 | Docket No. 132 |
| Quentella Williams | 02/22/2010 | Docket No. 180 |
| Jerald Wiss | 03/08/2010 | Docket No. 189 |
| Jacqueline Wolfe | 03/29/2010 | Docket No. 202 |
| Cynthia Bell | 03/22/2010 | Docket No. 198 |
| Billy Butler | 03/17/2010 | Docket No. 195 |
| Russell Covey | 03/22/2010 | Docket No. 198 |
| Ricardo Escalante | 03/18/2010 | Docket No. 196 |
| Charles Kriss | 03/17/2010 | Docket No. 195 |
| Dexter Mills | 03/18/2010 | Docket No. 196 |
| Rhonda Robinson | 03/19/2010 | Docket No. 197 |
| Rachel Simms | 03/16/2010 | Docket No. 194 |
| Randall Smith | 03/19/2010 | Docket No. 197 |
| Chris Stunda | 03/22/2010 | Docket No. 198 |
| Gloria Williams | 03/18/2010 | Docket No. 196 |
| Shay Willingham | 03/19/2010 | Docket No. 197 |

The Court deems the duplicate Consents to Sue under the F.L.S.A. of the following individuals withdrawn without prejudice:

| Name | Date Filed | Docket Number |
|---|---|---|
| Kimberly Davis | 03/17/2010 | Docket No. 195 |
| D'Leisha Ephriam | 03/22/2010 | Docket No. 198 |
| Katherine Miller | 03/22/2010 | Docket No. 198 |

Dated: June 14, 2010.

*Vicki Miles-LaGrange* (signature)

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE